**Robert John SCHIEBLE, Jr., Plaintiff–Appellant,**

**v.**

**Melissa McKEE; Broch, Senior Code Enforcement Officer; Christine Berg, Code Enforcement Officer; Randy Green, Code Enforcement Officer;**

Burns, Deputy; John Does, being all other officers and code enforcement officers on site on 5 and 6 April 1999, Defendants–Appellees.

No. 02–1711.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

Robert John Schieble, Jr., Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert John Schieble, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Schieble v. McKee*, No. CA–02–1122–2–18 (D.S.C. filed May 20, 2002 & entered May 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*